Petition12C – Rev. 6/18

## UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant to Revoke Supervised Release



☒ FILED  ☐ LODGED

**Jan 19 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**T-SEALED**

| | | | |
|---|---|---|---|
| Name of Offender: | **Daniel Wayne Watson** | Case No.: | **CR-22-02407-001-TUC-RM (JR)** |
| Name of Judicial Officer: | **The Honorable Rosemary Márquez**<br>**United States District Judge** | | |
| Date of Original Sentence: | **9/27/2023** | | |
| Original Offense: | **Count 1: Threat to Federal Law Enforcement Officer 18 U.S.C. §§115(a)(1)(B) and 11B(B)(4), a Class C Felony Offense** | | |
| Original Sentence: | **Time Served (335 days) plus 14 days Bureau of Prisons, 24 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **10/10/2023**<br>Date Supervision Expires: **10/9/2025** | |
| Assistant U.S. Attorney: | **Patrick Thomas Barry**<br>**520-620-7385** | Defense Attorney: | **Steven Donald West**<br>**520-623-4387** |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Daniel Wayne Watson has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On or about December 3, 2023, and January 3, 2024, Daniel Wayne Watson used methamphetamine as evidenced by his own written and verbal admission. Grade C violation. §7B1.1(a)(3) |

cc: Patrick Barry (AUSA); Jordan Gaiser (USPO); USM

Page 2
RE:  Daniel Wayne Watson
Petition to Revoke Supervised Release
January 18, 2024

    B    **Standard Condition #2** which states, After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

        On or about December 4, 2023, and January 17, 2024, Daniel Wayne Watson failed to report to the probation office as previously directed. Grade C violation. §7B1.1(a)(3)

    C    **Special Condition #7** which states, You must not use or possess alcohol or alcoholic beverages.

        On or about January 11, 2024, Daniel Wayne Watson used and possessed alcohol as evidenced by probation officer testimony. Grade C violation §7B1.1(a)(3).

Page 3
RE:  Daniel Wayne Watson
Petition to Revoke Supervised Release
January 18, 2024

**U.S. Probation Officer Recommendation and Justification**

Daniel Wayne Watson has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Daniel Wayne Watson is considered dangerous and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| _[signature]_ | 1/18/2024 |
| Jordan H. Gaiser | Date |
| Senior U.S. Probation Officer | |
| Office:  520-205-4261 | |
| Cell:  520-429-8351 | |
| _[signature]_ | 1/18/2024 |
| Jeremy W. Byrd | Date |
| Supervisory U.S. Probation Officer | |
| Office:  520-205-4548 | |
| Cell:  520-528-1160 | |

The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

_[signature]_  January 19, 2024
The Honorable Rosemary Márquez      Date
United States District Judge